Surisa Rivers, SBN 250868
Caroleen Torossian, SBN 334792
RIVERS LAW, INC., APC
2600 Foothill Blvd. Suite 203
La Crescenta, CA 91214
Phone: (818) 330-7012
Fax: (213) 402-6077
surisa@riverslawinc.com
caroleen@riverslawinc.com

Attorneys for Plaintiff

Thomas M. Madruga, State Bar No. 160421
Jaime Hernandez, State Bar No. 318143
OLIVAREZ MADRUGA LAW ORGANIZATION, LLP
500 South Grand Avenue, 12th Floor
Los Angeles, CA 90071
Phone: (213)744-0099
Fax: (213) 744-0092
tmadruga@omlolaw.com
jhernandez@omlolaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.H., a minor, by and through his guardian ad litem, L.H., <br><br>    Plaintiff, <br><br> v. <br><br> HESPERIA UNIFIED SCHOOL DISTRICT; JOSELYNE CALDERON; KRISTA CARTER; and DOES 1 TO 10, inclusive. <br><br>    Defendants. | Case No.: 5:22−cv−00365−JWH−KK <br><br> **Joint Stipulation To Dismiss Case with Prejudice Pursuant to Settlement** <br><br> Hon. John W. Holcomb |

JOINT STIPULATION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, A.H., and Defendant, Hesperia Unified School District, have reached a settlement in the above-referenced case. *See* ECF 41. A formal settlement agreement has been reviewed and executed. *Id.* The settlement check was deposited and cleared by the Plaintiff's guardian.

Plaintiff and Defendant, through their respective counsel of record, hereby stipulate pursuant to the parties' settlement agreement and FRCP 41(a)(1)(A)(ii) that this action be dismissed with prejudice.

DATED: September 28, 2023

RIVERS LAW, INC., APLC

By _____
Surisa Rivers
Attorneys for Plaintiff

DATED: September 28, 2023

OLIVAREZ MADRUGA LAW ORGANIZATION, LLP

By ___/s/ Jaime Hernandez___
Jaime Hernandez
Attorneys for Defendant

JOINT STIPULATION